842

petitioner. No appearance for respondents.

No. 803. ALKER ET AL. v. UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Karl Knox Gartner* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, William Cutler Thompson,* and *William H. Riley, Jr.,* for the United States.

No. 808. DETROIT, TOLEDO & IRONTON R. Co. v. HAHN. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Clifford B. Longley* and *Wallace R. Middleton* for petitioner. *Mr. R. B. Newcomb* for respondent.

No. 812. JONES ENGINEERING & CONSTRUCTION Co., INC., ET AL. v. LAMBERT LUMBER Co. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John T. Harding, David A. Murphy,* and *Edward S. Bailey* for petitioners. *Mr. Harris L. Moore* for respondent.

No. 814. STALEY ET AL. v. ESPENLAUB ET AL. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Simeon A. Handy* for petitioners. *Mr. Howard F. Bresee* for respondents.